# UNITED STATES DISTRICT COURT
### for the

## Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Jose Estrada-Guillen | )<br>)<br>)<br>) Case No: 7:09-CR-97-1FL<br>) USM No: 25928-056 |

Date of Original Judgment:    January 7, 2010     )

Date of Previous Amended Judgment: _____ )  G. Alan Dubois

*(Use Date of Last Amended Judgment if Any)*                      *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The defendant was sentenced at the statutory minimum and that minimum did not change as a result of the retroactive amendment and was not mitigated by a substantial assistance motion.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 7, 2010, shall remain in effect. **IT IS SO ORDERED.**

Order Date:        3/27/2015        _____
                                                              *Judge's signature*

Effective Date: _____     Louise W. Flanagan, U.S. District Judge
                    *(if different from order date)*              *Printed name and title*