IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-CR-97-FL-1
NO. 7:16-CV-185-FL

| | | |
|---|---|---|
| JOSE ESTRADA-GUILLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on petitioner's motion to vacate sentence under 28 U.S.C. §
2255 (DE 88, 95, 96), and the government's motion to dismiss, (DE 97), to which no response was
filed. Although petitioner asserts a claim pursuant to Johnson v. United States, 135 S.Ct. 2251
(2015), petitioner's sentence was not enhanced by the "violent felony" residual clause of the Armed
Career Criminal Act ("ACCA") discussed in Johnson, or similar residual clause in the guidelines.
Petitioner's remaining claims are time barred. See 28 U.S.C. § 2255(f).

Accordingly, the government's motion to dismiss (DE 97) is GRANTED, and petitioner's
motion to vacate, set aside, or correct his sentence (DE 88, 95, 96) is DENIED. After reviewing
the claims presented on collateral review in light of the applicable standard, the court finds that a
certificate of appealability is not warranted. 28 U.S.C. § 2253(c)(2). The clerk is DIRECTED to
close this case.

SO ORDERED, this the 29th day of September, 2016.

LOUISE W. FLANAGAN
United States District Judge